Summons in a Civil Action (Rev 11/97)

# United States District Court   FILED

## SOUTHERN DISTRICT OF CALIFORNIA   2008 JUN 26 PM 12: 33

KAREL SPIKES,

      Plaintiff,

        vs

RADIATORS & GLASS SALES
AND SERVICE; PAT'S AUTO
REPAIR; ALAMO DRIVE LIMITED
PARTNERSHIP and DOES 1
THROUGH 10, Inclusive,

      Defendants.

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

SUMMONS IN A CIVIL ACTION

Case No.

## '08 CV 1 1 4 4 WQH WMc

TO: (Name and Address of Defendant)

    YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

    Amy B. Vandeveld, Esq.
    LAW OFFICES OF AMY B. VANDEVELD
    1850 Fifth Avenue
    San Diego, CA 92101
    (619) 231-8883

An answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

JUN 2 6 2008

W. Samuel Hamrick, Jr.

CLERK
K. HAMMERLY

DATE

By             , Deputy Clerk

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)