Summons in a Civil Action (Rev 11/97)

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 JUN 26 PM 12: 33

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

KAREL SPIKES,

    Plaintiff,

vs

RADIATORS & GLASS SALES AND SERVICE; PAT'S AUTO REPAIR; ALAMO DRIVE LIMITED PARTNERSHIP and DOES 1 THROUGH 10, Inclusive,

    Defendants.

SUMMONS IN A CIVIL ACTION

Case No.

**'08 CV 1144 WQH WMc**

TO: (Name and Address of Defendant)

PAT'S AUTO REPAIR
3515 BUENA VISTA AVENUE
LEMON GROVE, CA 91945

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Amy B. Vandeveld, Esq.,
LAW OFFICES OF AMY B. VANDEVELD
1850 Fifth Avenue
San Diego, CA 92101
(619) 231-8883

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

CLERK
K. HAMERLY

JUN 26 2008

DATE

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

AO 440 (Rev. 8/01) Summons in a Civil Action

### RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE: 7/28/2008 |
| NAME OF SERVER (PRINT): CARRIE FOULK | TITLE: REGISTERED PROCESS SERVER # 1230 |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served:
3515 Buena Vista Avenue Lemon Grove, CA 91945

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | $50.00 | $50.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/28/2008
Date

Signature of Server: *Carrie Foulk*

P.O Box 1794 El Cajon, CA 92020
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.