Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED

2008 JUN 26  PM 12: 33

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ KMM _____ DEPUTY

KAREL SPIKES,

    Plaintiff,

       vs

RADIATORS & GLASS SALES
AND SERVICE; PAT'S AUTO
REPAIR; ALAMO DRIVE LIMITED
PARTNERSHIP and DOES 1
THROUGH 10, Inclusive,

    Defendants.

**SUMMONS IN A CIVIL ACTION**

Case No.

**'08 CV 1 1 44 WQH WMc**

TO: (Name and Address of Defendant)

*ALAMO DRIVE LIMITED PARTNERSHIP*
*Agent: William Thornton, Jr.*
*11018 Poinsett Road*
*San Diego, CA 92131*

    YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

    Amy B. Vahdeveld, Esq.,
    LAW OFFICES OF AMY B. VANDEVELD
    1850 Fifth Avenue
    San Diego, CA 92101
    (619) 231-8883

    An answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

JUN 26 2008

W. Samuel Hamrick, Jr.

CLERK
K. HIMBERLY

DATE

By _____ , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 8/15/2008 |
|---|---|
| NAME OF SERVER *(PRINT)* Carrie Foulk | TITLE Registered Process Server # 1230 |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:
    Sean Thornton, ( Son )

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $50.00 | TOTAL $50.00 |
|---|---|---|

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    8/15/2008                 *Carrie Foulk*
          Date                      Signature of Server

                   P.O. Box 1794 El Cajon, CA 92022
                   Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.